UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kejuan Muchita,<br><br>                              Plaintiff,<br><br>-against-<br><br>Rosa Cabanillas-Thompson and DaMia Harris-Madden,<br><br>                              Defendants. | 1:25-cv-06428 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby ORDERED that Plaintiff shall file his opposition to Defendants' motion to dismiss (ECF No. 21) no later than November 7, 2025. Defendants shall file any reply no later than November 21, 2025.

SO ORDERED.

Dated:     New York, New York
              October 9, 2025

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge