**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KEJUAN OF THE FAMILY STACK MUJITA,

Plaintiff,

-against-

25 **CIVIL** 6428 (VSB)(SDA)

**JUDGMENT**

ROSA CABANILLAS-THOMPSON, and
DAMIA HARRIS-MADDEN,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, the Court has reviewed Magistrate Judge Aaron's detailed and well-reasoned Report for clear error and, after careful review, find none. Therefore, the Report is ADOPTED in its entirety. Defendant's motion to dismiss, (Doc. 21), is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**